# DARIUS WADIA
## ATTORNEY AT LAW
———

**DARIUS WADIA, L.L.C.**  **TELEPHONE: (212) 233-1212**
**THE WOOLWORTH BUILDING**  **FACSIMILE: (212) 571-9149**
**233 BROADWAY, SUITE 2208**  dwadia@wadialaw.com
**NEW YORK, NEW YORK 10279**

March 25, 2010

<u>VIA ECF</u>
The Honorable Joan M. Azrack
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   *Re*: *Hurtado v. The City of New York, et al.*
     09 Civ. 4285 (JBW) (JMA)

Your Honor:

  I represent the plaintiff in the above-referenced case.  After consulting with my adversary, Assistant Corporation Counsel  Alexandra Corsi, and your Chambers, I am writing to request that the settlement conference, currently scheduled for March 29, 2010 at 11:00 AM, be rescheduled for April 15, 2010 at 2:30 P.M.

  I make this request because I am currently on trial in the case of The People of the State of New York against Lee Kennedy, indictment number 6397-08, in the Supreme Court of the State of New York, County of Kings, and will continue to be on trial through March 29, 2010.

  There have been no previous requests for an adjournment, my adversary, Ms. Corsi, consents to the adjournment and this request does not affects any other scheduled deadline.

  Thank you for your consideration of this matter.

           Respectfully yours,

           /s/

           Darius Wadia (DW 8679)

Copy (via ECF): ACC Alexandra Corsi